11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Williams Fried Chicken, Inc., Individually
and d/b/a Williams Chicken

Appellant

Vs.                   No. 11-03-00047-CV B Appeal from Dallas County

Kawana Cobb

Appellee

 

Appellant has filed in this court a motion to
dismiss its appeal.  In the motion,
appellant states  that the parties have
reached an agreement on the subject matter of the appeal and that appellant no
longer desires to pursue this appeal. 
The motion is granted. 
TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

March 3, 2003

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.